UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------

In Re.: Application of Imanagement
Services Ltd., to take testimony of
Svetlana Goncharov, Svetlana Kudryavsteva
and Galina Orlovskaya for use in an action
pending in the Moscow Court of Aribtration
in Moscow, Russia.

STANDARD REFERRAL ORDER

MISC-05-89 (FB)(MG)

------------------------------------------------

This civil case hereinabove set forth is referred to Magistrate Judge __GO__ for the following pre-trial purposes:

__XX__ All of the following;
or

Those purposes indicated below:
____1. To enter the scheduling order provided for in F.R.Civ.P. 16(b);

____2. To consider holding a discovery conference and entering the related order provided for in F.R.Civ.P. 26(f);

____3. To hear and determine any disputes arising from discovery;

____4. To consider the possibility, if any, of settlement and to assist therewith as may be appropriate;

____5. To prepare a pre-trial order where such order seems indicated;

____6. To schedule an appropriate trial date, in consultation with the chambers of the undersigned;

____7. To file a report with the undersigned within 120 days as to the status of the case, in the event the tasks set forth above are not then completed.

____8. _____

SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
August 17, 2005